64 A.3d 514

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RICH-ARD RAMON GARDNER A/K/A GARY EVANS, RICKY, IAN, J. ELIE AND RICHARD M. GARDNER, DEFENDANT–APPEL-LANT.

April 17, 2013.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that this appeal is dismissed.